**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| URVE MAGGITTI, | : | No. 137 MM 2023 |
| | : | |
| Petitioner | : | Emergency Application for |
| | : | Writ of Mandamus |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HON. JOHN P. CAPUZZI, SR. JUDGE, | : | |
| DELAWARE COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2024, the Application for Leave to File Original Process is **GRANTED**, and the Emergency Application for Writ of Mandamus is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.